1  David S. Casey, Jr., (060768)
   *dcasey@cglaw.com*
2  Frederick Schenk, (086392)
   *fschenk@cglaw.com*
3  Gayle M. Blatt, (122048)
4  *gmb@cglaw.com*
   Samantha Kaplan, (336048)
5  *skaplan@cglaw.com*
6  **CASEY GERRY SCHENK**
   **FRANCAVILLA BLATT & PENFIELD, LLP**
7  110 Laurel Street
   San Diego, CA  92101
8  Telephone:  (619) 238-1811
   Facsimile:   (619) 544-9232
9

10 Stephen J. Herman (admitted *pro hac vice*)
   sherman@hhklawfirm.com
11 **HERMAN HERMAN KATZ, LLC**
   820 O'Keefe Avenue
12 New Orleans, LA  70113
   Telephone: (504) 581-4892
13 Facsimile:   (504) 569-6024

14

15 *Attorneys for Plaintiff James Whelan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES WHELAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPLIFY ENERGY CORPORATION, a Delaware corporation, BETA OPERATING COMPANY LLC d/b/a BETA OFFSHORE, a Delaware LLC, and SAN PEDRO BAY PIPELINE CO., a California corporation,<br><br>Defendants. | CASE NO.  8:21-cv-01706-DOC-JDE<br><br>**Plaintiff's Statement in Support of Appointment of Aitken\*Aitken\*Cohn, Bentley & More, and Cotchett, Pitre & McCarthy as Interim Lead Counsel and for Consolidation of Cases** |

Plaintiff James Whelan, through his counsel of record, hereby submits this Statement in Support of the Motions for Case Consolidation and Appointment of Interim Co-Lead Class Counsel filed by Aitken*Aitken*Cohn, Bentley & More, LLP, and Cotchett, Pitre & McCarthy, LLP (the "Aitken Bentley Cotchett slate"). *See Banzai Surf Co. v. Amplify Energy Corp. et al.*, Case No. 8:21-cv-01669-DOC-JDEx, ECF No. 15. Whelan's counsel, including David S. Casey, Jr. and Stephen J. Herman, are sophisticated environmental litigation attorneys that have handled cases involving some of the largest oil spill disasters in the world, and they believe that the proposed slate of attorneys listed above is best suited to lead this litigation. Counsel for Whelan are also happy to assist the Court in this litigation in any way the Court desires and to serve in any capacity the Court feels is appropriate.

## **Statement in Support of the Aitken Bentley Cotchett Slate**

In its Order of November 9, 2021, this Court directed all firms or groups of firms wishing to be appointed interim lead class counsel to submit a Preliminary Report as to why they are best suited to lead the litigation. ECF No. 29. In addition to the traditional Rule 23(g) criteria, the Court also requested that proposed interim lead counsel have a "[l]ongstanding connection to the affected communities, namely Orange and Los Angeles Counties." *Id*.

At the time this Order was entered, the Aitken Bentley Cotchett slate had already filed a motion for consolidation and for appointment as interim lead counsel. *Banzai Surf Co.*, ECF No. 15. Counsel for Whelan supports this motion, both in terms of the request for consolidation and the request for appointment of interim lead counsel.

Counsel for Whelan has significant experience prosecuting large scale environmental disasters. David S. Casey, Jr. and Casey Gerry helped lead

the litigation over the Exxon Valdez oil spill disaster, including being a part of the trial team that won a multi-billion-dollar verdict, and Casey Gerry continued help prosecute the case through multiple appeals to the Ninth Circuit and ultimately a trip to the U.S. Supreme Court. Similarly, Stephen Herman was appointed as co-lead class counsel for the class action litigation over the Deepwater Horizon oil spill, a massive case involving the largest marine oil spill in history. Whelan's attorneys also have strong relationships with the attorneys in the Aitken Bentley Cotchett slate and are currently working with some of these attorneys on other environmental matters such as litigation over water contamination from per-and polyfluoroalkyl substances (PFAS).

Based both on their experience with this type of litigation and their ongoing working relationships with the firms in the Aitken Bentley Cotchett slate, Counsel for Whelan believes that slate is ideally suited to serve as interim lead class counsel. The Aitken Bentley Cotchett slate has strong ties to the local communities, as requested, and is unquestionably qualified to lead this oil spill litigation. Counsel for Whelan will continue to work collaboratively with those firms, or any other firms appointed by this Court, throughout the conclusion of this litigation.

Date: December 10, 2021

Respectfully submitted,

 *s/ David S. Casey, Jr.*
David S. Casey, Jr., (060768)
*dcasey@cglaw.com*
Frederick Schenk, (086392)
*fschenk@cglaw.com*
Gayle M. Blatt, (122048)
*gmb@cglaw.com*
Samantha Kaplan, (336048)
*skaplan@cglaw.com*

**CASEY GERRY SCHENK**
  **FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone:   (619) 238-1811
Facsimile:    (619) 544-9232

Stephen J. Herman (admitted *pro hac vice*)
*sherman@hhklawfirm.com*
**HERMAN HERMAN KATZ**
**& COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone:   (504) 581-4892
Facsimile:    (504) 569-6024

*Attorneys for Plaintiff James Whelan*